UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MEREDITH VOLKER,

        Plaintiff,

                                      Case No. 8:10-cv-2883

v.

AMERICAN CORADIUS
INTERNATIONAL LLC,

        Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

      Defendant, American Coradius International LLC, by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

                                               Respectfully submitted,

                                               /s/ Dayle M. Van Hoose
                                               Dayle M. Van Hoose, Esq.
                                               Florida Bar No.: 0016277
                                               Kenneth C. Grace, Esq.
                                               Florida Bar No.: 0658464
                                             Sessions, Fishman, Nathan & Israel, L.L.C.
                                             3350 Buschwood Park Drive, Suite 195
                                             Tampa, FL 33618
                                             Telephone:   (813) 890-2463
                                             Facsimile:    (866) 466-3140
                                             dvanhoose@sessions-law.biz
                                             kgrace@sessions-law.biz

>Attorneys for Defendant,
>American Coradius International LLC

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February 2011, a copy of the foregoing was served electronically via CM/ECF on the following:

>Alex D. Weisberg, Esq.
>Weisberg & Meyers, LLC.
>5722 South Flamingo Road, Suite 656
>Cooper City, FL  33330

>/s/ Dayle M. Van Hoose
>Attorney

\\sfnfs02\prolawdocs\8928\8928-27073\Volker, Meredith (Class Action)\348459.doc